**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-7372**

―――――――――

FRANKLIN E. CARTER,

Plaintiff - Appellant,

versus

GEORGE TRENT; WILLIAM K. DAVIS; CINDY LARGENT;
FRANCIS HENDERSON, Doctor; WEXFORD HEALTH
SOURCES, INCORPORATED; SUBHASH GAJENDRAGADKAR,
Doctor; WILLIAM KINCAID; STEVEN BLACK; JOHN
DOE; JANE DOE, Nurses; JOHN DOE; JANE DOE,
Counselors; HOWARD PAINTER; TRESA WAID; SANDY
JAYNES; ESSA ABDULLA; ROY WHITE; CORRECTIONAL
MEDICAL SYSTEMS, INCORPORATED,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge.
(CA-98-146-5)

―――――――――

Submitted: February 22, 2000    Decided: March 14, 2000

―――――――――

Before MURNAGHAN, TRAXLER, and KING, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Franklin E. Carter, Appellant Pro Se.  Leslie K. Kiser, WEST VIR-
GINIA DEPARTMENT OF CORRECTIONS, Charleston, West Virginia; Thomas
John Hurney, Jr., Karen M.R. Weber, JACKSON & KELLY, Charleston,
West Virginia; David Ernest Boelzner, WRIGHT ROBINSON, OSTHIMER &
TATUM, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Franklin E. Carter appeals district court's order adopting the reports and recommendations of the magistrate judge and dismissing six of the eighteen Defendants named in this action under 42 U.S.C.A. § 1983 (West Supp. 1999). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED